UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

MIDLAND-ODESSA DIVISION

MO09CR075

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
| | ) | **I N D I C T M E N T** |
| Plaintiff, | ) | [Vio: 18 U.S.C. § 2422(b) - Entice a Minor; |
| | ) | [Vio: 18 U.S.C. § 2423(b) - |
| | ) | Travel With Intent to Engage |
| V. | ) | In Illicit Sexual Conduct; & |
| | ) | 18 U.S.C. § 2252(a)(4) - |
| PAUL JOSEPH GALVEZ, | ) | Possession of Matter Containing |
| | ) | Visual Depiction of Minor Engaged |
| Defendant. | ) | in Sexually Explicit Conduct] |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 2422(b)]

That between on or about September 1, 2006, and January 1, 2007, in the Western District of Texas and the District of New Mexico, the Defendant,

**PAUL JOSEPH GALVEZ,**

did use a facility of interstate commerce, specifically the Internet, to knowingly attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which GALVEZ could be charged with a criminal offense, to wit: *Criminal Sexual Penetration*, in violation of New Mexico Penal Code § 30-9-11.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO
## [18 U.S.C. § 2423(b)]

That between on or about September 1, 2006, and January 1, 2007, in the Western District of Texas and the District of New Mexico, the Defendant,

**PAUL JOSEPH GALVEZ,**

traveled in interstate commerce for the purpose of engaging in illicit sexual conduct, to-wit, the sexual act of oral sex with a male child under 18 years of age.

All in violation of Title 18, United States Code, Section 2423(b).

## COUNT THREE
## [18 U.S.C. § 2252(a)(4)]

That from on or about September of 2006, and continuing until about January 2007, in the Western District of Texas, the Defendant,

**PAUL JOSEPH GALVEZ,**

did knowingly possess one or more photographs, images, compact discs, video files, and other matter which contain visual depictions of minors engaging in sexually explicit conduct which had been shipped and transported in interstate commerce; was produced using materials which had been shipped and transported in interstate commerce; the production of which involved the use of minors engaging in sexually explicit conduct; and these depictions include but are not limited to:

| File Name | Description |
|---|---|
| 1016130285[1].jpg | A boy, approximately 11 years old, is nude, on his knees, with his hands and ankles tied to posts. The boy's genitalia is exposed and erect. |
| 0517902091[1].jpg | A boy, approximately 11 years old, is performing oral sex on another male. |
| 1320611080[1].jpg | A boy, approximately 11 to 13 years old, is nude on a bed with his hands and ankles tied and a cloth covering the boy's mouth. |
| w13kvu0a[1].jpg | A boy, approximately 13 to 14 years old, nude and tied up at the wrists, ankles, and neck. An adult nude male with an erect penis also depicted. |
| k6jsok51[1].jpg | Two nude boys, approximately nine to 10 years old, engaged in sexual behavior, including sodomy. |

A violation of Title 18, United States Code, Section 2252(a)(4).

A TRUE BILL.

Original signed by the
foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
United States Attorney

KERRY ANN FLECK
Assistant United States Attorney

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

MO09CR075

| SEALED: | | | UNSEALED: XX |
|---|---|---|---|
| COUNTY: Andrews | DIVISION: MIDLAND/ODESSA | | JUDGE: JUNELL |
| DATE: March 25, 2009 | MAG CT #: N/A | | FBI #: |
| CASE NO: MO-08-CR- | ASSISTANT U.S. ATTORNEY: KERRY ANN FLECK | | |
| DEFENDANT: PAUL JOSEPH GALVEZ | | | DOB: XXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXX | | | |
| CITIZENSHIP: USC | INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY: No attorney yet | | | |
| DEFENDANT IS: DETAINED | | | |
| DATE OF ARREST: | | | BENCH WARRANT: XX |
| PROBATION OFFICER: | | | |
| NAME AND ADDRESS OF SURETY: | | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | | |
| PROSECUTION BY: Indictment | | | |
| OFFENSE (Code and Description): Ct. 1 - 18 USC 2422(b) - Enticement of Minor. Ct. 2 - 18 USC 2423(b) - Travel with intent to engage in illicit sexual conduct with child. Ct. 3 - 18 USC 2252(a)(4) - Possession of matter containing visual depiction of minor engaged in sexually explicit conduct. | | | |
| OFFENSE IS: FELONY | | | |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 yr. term of imprisonment, not to exceed life; a 5 year minimum mandatory term of supervised release, not to exceed life; a fine not to exceed $250,000; and a mandatory $100 special assessment. Ct. 2 - A term of imprisonment not to exceed 30 years; a 5 year minimum mandatory term of supervised release, not to exceed life; a fine not to exceed $250,000; and a mandatory $100 special assessment. Ct. 3 - A term of imprisonment not to exceed 10 years; a 5 year minimum mandatory term of supervised release, not to exceed life; a fine not to exceed $250,000; and a mandatory $100 special assessment. | | | |
| PENALTY IS MANDATORY: As stated above. | | | |
| REMARKS: AGENT:<br>Dina Morales, S/A<br>Federal Bureau of Investigation<br>1004 North Big Spring, Suite 600<br>Midland, TX 79701 | | | |

WDT-Cr-3