# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO.  MO-09-CR-075 |
| | ) | |
| PAUL JOSEPH GALVEZ | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America and respectfully represents that the above case is set for court proceedings **instanter**; that the Defendant **PAUL JOSEPH GALVEZ, TDCJ No. 01449863**, is incarcerated and is now in the custody of the Texas Department of Criminal Justice.

Wherefore, the Government prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum addressed to the Warden of Texas Department of Criminal Justice, Institutional Division, Middleton Unit, 13055 FM 3522, Abilene, Texas 79601, commanding him to surrender the said Defendant into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring said Defendant to Federal Court, in Midland, Texas, **instanter**, **for the purpose of said proceedings, and any further proceedings to be had in this cause** and at the conclusion of said proceedings to return said Defendant to the custody of the Texas Department of Criminal Justice.

JOHNNY SUTTON
UNITED STATES ATTORNEY


By:    /S/ KERRY A. FLECK
       KERRY A. FLECK
       Assistant United States Attorney
       State Bar No. 00784874
       400 W. Illinois, Suite 1200
       Midland, Texas 79701
       432-686-4110
       432-686-4131 FAX

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR. NO. MO-09-CR-075** |
| | ) | |
| **PAUL JOSEPH GALVEZ** | ) | |

**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Came on the application of the United States of America, representing that this cause is set for hearing in Midland, Texas, **instanter**, that the Defendant, **PAUL JOSEPH GALVEZ, TDCJ No. 01449863** is now incarcerated, and in the custody of the Texas Department of Criminal Justice; that justice demands the Defendant's presence at such proceedings; and the Government prays the Court to direct the issuance of a Writ of Habeas Corpus Ad Prosequendum for the attendance of said defendant; and the Court, being of the opinion that said application should be granted; it is therefore,

ORDERED that the Clerk issue a Writ of Habeas Corpus Ad Prosequendum, addressed to the Warden of Texas Department of Criminal Justice, Institutional Division, Middleton Unit, 13055 FM 3522, Abilene, Texas 79601, directing that said Defendant be delivered into the custody of the United States Marshal, and directing said Marshal to bring the Defendant before this Court in Midland, Texas, **instanter**, **for the purpose of said hearing and any further proceedings to be held in this cause** and at the conclusion of said proceedings to return said Defendant to the custody of the Texas Department of Criminal Justice.

SIGNED and ENTERED at Midland, Texas, this _____ day of _____, 2009.

_____
United States Magistrate Judge