IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
MAR 2 5 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA )
)
V. )  MO09CR075
)
PAUL JOSEPH GALVEZ )

### ORDER FOR BENCH WARRANT

It appearing to the Court than a indictment has been returned against the below named defendant(s), it is hereby ORDERED that warrant issue for the arrest of said defendant(s), returnable instanter to the Midland-Odessa Division of this Court.

Defendant(s)

PAUL JOSEPH GALVEZ

*Bond to be set at time defendant(s) has initial appearance before a judicial officer and after interview by an officer assigned to the Pretrial Services Office.

ENTERED at Midland, Texas, this __25th__ day of __March__, 2009.

_____
United States Magistrate Judge