AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Western **District of** Texas

UNITED STATES OF AMERICA

V.

Paul Joseph Galvez

**WARRANT FOR ARREST**

Case Number: MO:09-CR-075

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Paul Joseph Galvez__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- [x] Indictment
- [ ] Information
- [ ] Complaint
- [ ] Order of court
- [ ] Pretrial Release Violation Petition
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation
- [ ] Violation Notice

charging him or her with (brief description of offense)
Entice a Minor, Travel with intent to Engage in Illicit Sexual Conduct, Possess matter containing visual depiction of minor engaged in sexually explicit conduct

- [x] in violation of Title __18__ United States Code, Section(s) __2422, 2423, 2252__
- [ ] in violation of the conditions of his or her pretrial release imposed by the court.
- [ ] in violation of the conditions of his or her supervision imposed by the court.

| William Putnicki | *[signature]* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| United States District Clerk | 03/25/2009         Midland, TX |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |