FILED

JUN 18 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

UNITED STATES OF AMERICA     )
     )
V.     )     CR. NO. MO-09-CR-075
     )
PAUL JOSEPH GALVEZ     )

## CONSENT TO ADMINISTRATION OF GUILTY PLEA AND
## FED. R. CRIM. P. 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, PAUL JOSEPH GALVEZ, the Defendant in this cause, with the advice and counsel of my attorney, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before a United States Magistrate Judge. I understand that my guilty plea is subject to approval and final acceptance by a United States District Judge and that sentencing will be conducted by a United States District Judge.

Signed this the 18th day of June, 2009.

_____
PAUL JOSEPH GALVEZ
Defendant

_____
Attorney for Defendant

JOHN E. MURPHY
ACTING UNITED STATES ATTORNEY

By: _____
KERRY ANN FLECK
Assistant United States Attorney
400 West Illinois, Suite 1200
Midland, Texas 79701