FILED
JUN 18 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

UNITED STATES OF AMERICA )
)
V. ) CR. NO. MO-09-CR-075
)
PAUL JOSEPH GALVEZ )

## FACTUAL BASIS

If this case had gone to trial, the Government would have proven the following beyond a reasonable doubt:

Between on or about September 1, 2006, and January 1, 2007, in the Western District of Texas and the District of New Mexico, the Defendant, PAUL JOSEPH GALVEZ, did use a facility of interstate commerce, specifically the Internet, to knowingly attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which GALVEZ could be charged with a criminal offense, to wit: *Criminal Sexual Penetration*, in violation of New Mexico Penal Code § 30-9-11, all in violation of Title 18, United States Code, Section 2422(b).

Specifically, this defendant began chatting with a boy he knew to be approximately 16~17 years of age on the internet using Yahoo!Chat. After having chatted with this boy for some time, this defendant convinced the boy to allow him to travel to the boy's home state of New Mexico from Texas to see him. When the boy agreed, this defendant did in fact travel from Texas to Jal, New Mexico and performed oral sex on the boy.

Additionally, while in jail on unrelated charges, this defendant was found to have approximately 225 images and one video depicting child pornography.

_____
PAUL JOSEPH GALVEZ
Defendant


Date: __6-18-09__

_____
DAVID GREENHAW
Attorney for Defendant

JOHN E. MURPHY
ACTING UNITED STATES ATTORNEY

By: _____
KERRY ANN FLECK
Assistant United States Attorney
400 West Illinois, Suite 1200
Midland, Texas 79701